**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Brenda TURNER, Defendant—
Appellant.**

No. 03–7564.

United States Court of Appeals,
Fourth Circuit.

Submitted March 11, 2004.

Decided March 17, 2004.

Brenda Turner, Appellant pro se.

Robert Lucas Hobbs, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brenda Turner appeals the district court's order denying her motion for preparation of transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Turner*, No. CR–01–75–1–2 (W.D.Va. Sept. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*